**In Re: Eddie GAMBLE, Petitioner.**

**No. 10–1495.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2010.

Decided: Oct. 20, 2010.

Eddie Gamble, Petitioner Pro Se.

Before MOTZ, KING, and DAVIS,
Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eddie Gamble petitions for a writ of
mandamus, alleging the district court has
unduly delayed acting on his motion filed
pursuant to 28 U.S.C.A. § 2255 (West
Supp.2010). He seeks an order from this
court directing the district court to act.
Our review of the district court's docket
reveals that the district court denied the
motion on May 6, 2010. Accordingly, be-
cause the district court has recently decid-
ed Gamble's case, we deny the mandamus
petition as moot. We grant leave to pro-
ceed in forma pauperis. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*PETITION DENIED.*